**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646-304-6604                                                                             Telephone 212-349-0230

**By ECF and Email**

July 24, 2019

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                          Re:    <u>United States v. Charles Bagley</u>
                                  18 Cr. 626 (NSR)

Dear Judge Roman:

      This letter is respectfully submitted to request that Mr. Bagley be permitted to change his residence from New York to Duluth, Minnesota, where much of his family is located. Mr. Bagley will live with his brother, Robert. Should the Court grant this request, Mr. Bagley will leave New York on or about July 31, 2019.

      I have been advised that both the Government and Pre-trial Services consent to Mr. Bagley moving to Minnesota. I would be please to provide any additional information that Your Honor might find helpful in ruling on this request.

                                      Respectfully submitted,

                            By:  <u>/s/Andrew Patel</u>
                                  Andrew G. Patel

cc:    Kathryn Martin
       Assistant United States Attorney (by ECF and email)

       Andrew Abbott
       Vincent Adams
       United States Pre-trial Services officers (by email)