**MEMO ENDORSED**

Andrew G. Patel
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646-304-6604

Telephone 212-349-0230

**By Email and ECF**

August 26, 2020

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:   United States v. Charles Bagley
                18 Cr. 626 (NSR)

Dear Judge Roman:

      This letter is respectfully submitted to request a temporary modification of Mr. Bagley's conditions to permit him to travel to Chicago, IL, to be evaluated by a neuro-psychologist who has been appointed by Your Honor. Mr. Bagley would like to be able to leave his home in Duluth, MN on August 30, 2020 and return on September 2, 2020.

      I have consulted with Assistant United States Attorney Nicholas Bradley, who has advised me that the Government consents to this request.

Respectfully submitted,

By: /s/Andrew Patel
Andrew G. Patel

cc: Nicholas Bradley
Assistant United States Attorney (by email)

Defendant's request for temporary bail modification as outlined above is granted. Defendant shall provide full travel details to Pretrial Services. Clerk of the Court requested to terminate the motion (doc. 32).

Dated: Aug. 27, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J