UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHARLES BAGLEY,

        Defendant

18 Cr. 626 (NSR)

**ORDER**

---

NELSON S. ROMÁN, United States District Judge:

    Upon the application of defense counsel and with the consent of the Government, this matter is set down for a control date of February 26, 2021 at 10:00 am. It is anticipated that a sentence date for the defendant will be set at that time.

Dated: November 9, 2020
       White Plains, New York

SO ORDERED

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020