UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - | 18 Cr. 626 (NSR) |
| CHARLES BAGLEY, | |
| Defendant(s). | |

-------------------------------------------------------x

ROMÁN, D.J.:

**The in-person Sentencing for the above Defendant is scheduled for June 25, 2021 at 10:00 am in Courtroom 521.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated: White Plains, New York
June 18, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2021