**MEMO ENDORSED**

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604                                              Telephone 212-349-0230

**By Email and ECF**

July 27, 2022

> Andrew Patel's request to be reappointed as CJA counsel for Defendant for the limited purpose of a matter relating to Defendant's supervised release is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 52.
> Dated: White Plains, NY
> July 28, 2022
> SO ORDERED:
>
> _____
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Charles Bagley
      18 Cr. 626 (NSR)

Dear Judge Roman:

This letter is respectfully submitted to request that I be reappointed to represent Mr. Bagley on a matter related to his supervised release.

By way of background, I was appointed to represent Mr. Bagley pursuant to the Criminal Justice Act. On August 30, 2018, Mr. Bagley entered a guilty plea to conspiracy to commit health care fraud. Mr. Bagley was sentenced by Your Honor on June 25, 2021, to a term of imprisonment of 12 months and 1 day. Mr. Bagley completed his term of incarceration and is now serving his 2 year period of supervised release.

Under of the terms of Mr. Bagley's plea agreement, he was required to surrender his license to practice medicine. Mr. Bagley is now 72 years old and had supported himself by working as a medical doctor for his entire adult life. Mr. Bagley has made several real estate investments to both support himself and to pay the financial portion of his sentence. See PSR, page 19, footnote 1, ECF # 50.

An issue has come up concerning Mr. Bagley's ability to obtain financing for his real estate project under the terms of his supervised release. He has requested my assistance in resolving this issue which may require a request to modify the terms of his supervision. I am requesting that I be reappointed to assist Mr. Bagley in this matter.

Respectfully submitted,

By:   /s/Andrew Patel
      Andrew G. Patel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022

cc:   All counsel by ECF