Case 7:18-cr-00626-NSR Document 62 Filed 07/29/21 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA

- v. –

CHARLES BAGLEY,

Defendant.

-----------------------------------------------------X

**ORDER**

18 Cr. 626 (NSR)

WHEREAS, on August 30, 2018, the Honorable Judge Judith C. McCarthy, Magistrate Judge, Southern District of New York, ordered CHARLES BAGLEY (the “Defendant”) to be released upon an unsecured bond in the amount of $100,000 cosigned by one financially responsible person;

WHEREAS, on or about August 30, 2018, the Defendant personally posted $5,000 cash (the “Bail Funds”) toward a $100,000 court-ordered unsecured bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number NYSCCA20-CT-465407016433);

WHEREAS, on or about August 30, 2018, the Defendant was charged in a one-count Information, 18 Cr. 626 (NSR) (the “Information”) with conspiracy to commit healthcare fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, on or about August 30, 2018, the Defendant pled guilty to Count One of the Information pursuant to a plea agreement with the Government;

WHEREAS, on or about June 25, 2021, the Defendant was sentenced by the Court;

WHEREAS, on or about July 8, 2021, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a money judgment in the amount of $32,076.36 in United States currency (the "Money Judgment") against the Defendant;

WHEREAS, to date, the Money Judgment remains unpaid; and

WHEREAS, on or about July 28, 2026, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the United States Marshals Services which shall reference the Defendant's name and case number, and be delivered to the Illicit Finance and Money Laundering Unit, United States Attorney's Office, 26 Federal Plaza, New York, NY.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, United States Marshals Services shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited proper.

The Clerk of Court is directed to terminate the motion at ECF No. 59.

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

July 29, 2026
DATE
White Plains, NY